# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN J. NICHOLSON | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 17-00508 HG-KJM |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | November 29, 2018 |
| | At 12 o'clock and 50 min p.m. SUE BEITIA, CLERK |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is reversed and remanded to the Commissioner of the Social Security Administration, pursuant to the "Order Reversing the Decision of the Social Security Administration Commissioner and Remanding the Case for Further Proceedings", filed November 28, 2018, ECF No. 27.

| November 29, 2018 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |